# ALABAMA COURT OF CRIMINAL APPEALS



April 4, 2025

**CR-2023-0475**
Brett Steven Amerson v. State of Alabama (Appeal from Cullman Circuit Court:
CC-19-526)

## NOTICE

You are hereby notified that on April 4, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

*Scott Mitchell*

D. Scott Mitchell, Clerk